IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

DEFENDANT'S MOTION FOR LEAVE TO FILE THE DEFENDANT'S STATUS REPORT IN LIEU OF A JOINT STATUS REPORT

The defendant, the United States, asks the Court's leave to file the separately submitted Defendant's Status Report in lieu of the joint status report the Court ordered to be filed on or before September 1, 2006.

As good cause for this motion, the defendant states that its trial attorney faxed a draft joint status report to the plaintiff's attorneys on the morning of August 31, 2006, requesting comments or permission to file the draft unchanged. He called one of the plaintiff's attorneys twice to request comments, but the plaintiff's attorney was at meetings. Later the plaintiff's attorney left a phone message stating that their offices would be closed from September 1 until September 5. The defendant's trial attorney tried again to reach the plaintiff's attorney, but received a message that the office had closed.

Because it is now impossible to file a joint status report by September 1, the defendant requests leave to file a status report unilaterally.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
(202) 307-6445; FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

August 31, 2006