IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# DEFENDANT'S STATUS REPORT

By an order of August 2, 2006, Court requested a joint status report, in lieu of which the defendant presents the following:

Since the submission of the last status report, the parties have continued their communications regarding implementation of terms of the approved settlement. In this connection, by a letter dated August 14, 2006, the plaintiff's counsel forwarded additional materials to the office of Review for its consideration, and the Office of Review is endeavoring to complete its evaluation of those materials promptly.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

August 31, 2006