IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875T
(Judge Bohdan A. Futey)

ESTATE OF MAURICE WALK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

RESPONSE TO MOTION FOR LEAVE TO FILE THE DEFENDANT'S STATUS REPORT IN LIEU OF JOINT STATUS REPORT

By its Order dated August 2, 2006, the Court directed the parties to file a joint status report in this matter by September 1, 2006. The parties past practice in this regard has been that the Defendant would prepare such report, forward it to Plaintiff's counsel for approval and then file it with the Court. However, due to schedule conflicts, Plaintiff's counsel did not receive a copy of Defendant's status report until after the filing deadline had passed and instead on August 31, 2006, Defendant submitted a Defendant's Status Report in lieu of a Joint Status Report.

Now having had the opportunity to review Defendant's Status Report, Plaintiff wishes to advise the Court that it is in agreement and that the parties have been continuing communications regarding implementation of the terms of the approved settlement.

Respectfully Submitted,

s/Walter W. Bell

Walter W. Bell
Bell Jones & Quinlisk
200 W Adams Street, Suite 2600
Chicago, Illinois 60606
Tel: 312/606-2680; Fax: 312/960-9560