# In the United States Court of Federal Claims

**No. 03-1875T**

**(Filed September 7, 2006)**

* * * * * * * * * * * * * * * * * * * *
**ESTATE OF MAURICE WALK,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Motion For Leave To File The Defendant's Status Report In Lieu Of A Joint Status Report filed on August 31, 2006, is ALLOWED.

Pursuant to Defendant's Status Report filed on August 31, 2006, and plaintiff's Response To Motion For Leave To File The Defendant's Status Report In Lieu Of A Joint Status Report, filed on September 6, 2006, the parties shall file their next joint status report concerning settlement by Friday, October 6, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**