IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

As the Court requested in its order of September 7, 2006, the parties submit this status report.

Since the submission of the last status report, the parties have continued their efforts to effectuate implementation of the remaining terms of the approved settlement. In this connection, the Office of Review is forwarding additional materials provided by the plaintiff's counsel, as referenced in the last status report filed in this matter, to the Internal Revenue Service for its consideration.

The plaintiff's attorney has authorized the defendant to present this report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
(202) 307-6445; FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

October 6, 2006