IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

As the Court requested in its order of October 10, 2006, the parties submit this status report.

Since the submission of the last status report, the parties have continued their efforts to effectuate implementation of the remaining terms of the approved settlement. In this connection, the Office of Review has been in communication with the Internal Revenue Service regarding these matters, and is endeavoring to conclude its consideration of these matters promptly.

The plaintiff's attorney has authorized the defendant to present this report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

November 6, 2006