# In the United States Court of Federal Claims

**No. 03-1875T**

**(Filed November 16, 2006)**

* * * * * * * * * * * * * * * * * * * * *
**ESTATE OF MAURICE WALK,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on November 6, 2006, the parties shall file a joint report concerning settlement by Monday, December 18, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**