IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

---

JOINT STATUS REPORT

---

As the Court requested in its order of November 16, 2006, the parties submit this status report.

The Office of Review is completing its analysis of materials pertinent to the implementation of the remaining terms of the approved settlement and expects to solicit the Internal Revenue Service's final recommendation regarding these matters in the near future.

The plaintiff's attorney has authorized the defendant to present this report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

December 18, 2006