IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

JOINT STATUS REPORT

As the Court requested in its order of January 19, 2007, the parties submit this status report. The Office of Review expects to complete its analysis of materials pertinent to the implementation of the remaining terms of the approved settlement shortly and anticipates being able to communicate the results of this analysis, after consultation with the Internal Revenue Service, to plaintiff's counsel in the near future.

The plaintiff's attorney has authorized the defendant to present this report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

February 20, 2007