# In the United States Court of Federal Claims

**No. 03-1875T**

**(Filed February 21, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **ESTATE OF MAURICE WALK,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the Joint Status Report filed on February 20, 2007, the parties shall file a joint report concerning settlement by Wednesday, March 21, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**