IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

As the Court requested in its order of February 21, 2007, the parties submit this status report. Since the submission of the parties' last joint status report, the plaintiff's counsel and an Office of Review attorney have exchanged correspondence in order to implement the remaining terms of the approved settlement. The Office of Review will shortly be forwarding to the Internal Revenue Service its analysis of the recent submission by plaintiff's counsel and will communicate the Internal Revenue Service's response to that analysis to plaintiff's counsel.

The plaintiff's attorney has authorized the defendant to present this report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

March 21, 2007