# In the United States Court of Federal Claims

**No. 03-1875T**

**(File March 22, 2007)**

* * * * * * * * * * * * * * * * * * * * *

**ESTATE OF MAURICE WALK,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on March 21, 2007, the parties shall file a joint report concerning settlement by Monday, April 23, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**