IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

As the Court requested in its order of March 22, 2007, the parties submit this status report. By letter of March 29, 2007, counsel for the plaintiff forwarded additional documentation to the Office of Review. By letter of April 12, 2007, the Office of Review forwarded its analysis of these materials to IRS Counsel, together with its final recommendation concerning implementation of the remaining settlement terms. The Office of Review is now awaiting the IRS's response.

The plaintiff's attorney has authorized the defendant to present this report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

April 23, 2007