# In the United States Court of Federal Claims

**No. 03-1875T**

**(File April 25, 2007)**

* * * * * * * * * * * * * * * * * * * * *
**ESTATE OF MAURICE WALK,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on April March 23, 2007, the parties shall file a joint report concerning settlement by Friday, May 25, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**