IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

JOINT STATUS REPORT

As the Court requested in its order of April 25, 2007, the parties submit this status report. The Office of Review attorney spoke to the IRS attorney assigned to this matter most recently on May 23, 2007. The IRS attorney advised that his office is endeavoring to complete its consideration of the submission it received from the Office of Review. The IRS attorney will soon schedule a conference call with other representatives of his office and the Office of Review to discuss the additional actions (if any) that the IRS may take in this matter.

The plaintiff's attorney has authorized the defendant to present this report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

May 24, 2007