IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

As the Court requested in its order of May 25, 2007, the parties submit this status report. On May 30, the Office of Review attorney received a FAX from the plaintiff's attorney, which she forwarded to the IRS. On June 4, 2007, the Office of Review Attorney spoke with IRS Counsel about the issues in the case that must be resolved to implement the settlement; the Office of Review expects a response from the IRS soon.

The plaintiff's attorney has authorized the defendant to present this report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

June 20, 2007