# In the United States Court of Federal Claims

**No. 03-1875T**

**(Filed June 26, 2007)**

* * * * * * * * * * * * * * * * * * * *
*
**ESTATE OF MAURICE WALK,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**ORDER**

The telephonic conference scheduled for Wednesday, July 11, 2007, has been rescheduled for Wednesday, July 18, 2007 at 2:30 p.m. EST. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**