# In the United States Court of Federal Claims

**No. 03-1875T**

**(Filed July 18, 2007)**

* * * * * * * * * * * * * * * * * * * *
*
**ESTATE OF MAURICE WALK,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on this day, a joint status report concerning settlement in this case, especially the action to be taken by the Internal Revenue Service, shall be due on Tuesday, September 18, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**