IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1875 T
(Judge Futey)

ESTATE OF MAURICE WALK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, with the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Date

WALTER W. BELL
Bell, Jones & Quinslik
200 West Adams Street, Suite 2600
Chicago, Illinois 60606-5233
Telephone: (312) 425-2700
Facsimile: (312) 960-9560
Counsel for Plaintiff

12/14/07
Date

ROBERT STODDART
Justice Department (Tax)
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6445
Facsimile: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Assistant Chief, Court of Federal Claims Section

Of Counsel
Counsel for Defendant